# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUISITO BARBA and JOEL BARBA, | : |
| | : |
| *Plaintiffs,* | : Case No.: 2:20-cv-1557 |
| | : |
| v. | : |
| | : |
| NEW CENTURY CHINESE BUFFET, | : |
| INC., FRANK ZHENG, BI QUAN YOU, | : |
| both jointly and severally, | : |
| | : **PROOF OF SERVICE OF SUMMONS** |
| *Defendants.* | : |

Filed on Behalf of Plaintiffs:
Luisito Barba and Joel Barba

Counsel of Record for This Party:

**THE LAW FIRM OF FENTERS WARD**
Joshua P. Ward
Pa. I.D. No. 320347

The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA  15206

Telephone:   (412) 545-3015
Fax:              (412) 540-3399
E-mail:         jward@fentersward.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LUISITO BARBA and JOEL BARBA, | : |
| | : |
| *Plaintiffs,* | : Case No.: 2:20-cv-1557 |
| | : |
| v. | : |
| | : |
| NEW CENTURY CHINESE BUFFET, INC., FRANK ZHENG, BI QUAN YOU, both jointly and severally, | : |
| | : |
| *Defendants.* | : |

**PROOF OF SERVICE OF SUMMONS**

**AFFIDAVIT**

I, Joshua P. Ward, Esquire, of The Law Firm of Fenters Ward, hereby swear and affirm that on November 3, 2020, I served a true and correct copy of the Summons, by way of Process Server upon the following persons listed below: (See attached Exhibit A, "Affidavit of Service").

NEW CENTURY CHINESE BUFFET, INC.,
115 Wagner Road, Suite 1, Monaca, Pennsylvania, 15061

FRANK ZHENG
115 Wagner Road, Suite 1, Monaca, Pennsylvania, 15061

BI QUAN YOU
115 Wagner Road, Suite 1, Monaca, Pennsylvania, 15061

Respectfully submitted,

**THE LAW FIRM OF FENTERS WARD**

Date: November 9, 2020                    By: _____
                                            Joshua P. Ward (Pa. I.D. No. 320347)
                                            Kyle H. Steenland (Pa. I.D. No. 327786)
                                            Jordan M. Kurth (Pa. I.D. No. 317804)

The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiffs

**EXHIBIT "A"**