# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUISITO BARBA, et. al., ) | CIVIL DIVISION |
| ) | 2:20-cv-01557 |
| Plaintiffs, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| NEW CENTURY CHINESE BUFFET, ) | |
| INC., et. al. ) | |
| ) | |
| Defendants ) | |

**ENTRY OF APPEARANCE**

Filed on behalf of:
Defendants New Century Chinese Buffet, Inc., and Frank Zheng

Counsel of Record for this Party:

Joseph R. Bock, Esq.
PA I.D. #35729
1547 Alaqua Drive
Sewickley, PA 15143
(724) 934-9300
josephrbock@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUISITO BARBA, et. al., | ) | CIVIL DIVISION |
| | ) | 2:20-cv-01557 |
| Plaintiffs, | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| NEW CENTURY CHINESE BUFFET, INC., et. al. | ) | |
| | ) | |
| Defendants | ) | |

**ENTRY OF APPEARANCE**

TO: CLERK OF COURTS

Kindly enter the appearance of undersigned counsel in the above-captioned action on behalf of Defendants New Century Chinese Buffet, Inc., and Frank Zheng.

Respectfully submitted,

By: _____
Joseph R. Bock, Esq.
PA I.D. #35729
1547 Alaqua Drive
Sewickley, PA 15143
(724) 934-9300
Attorney for Defendants
New Century Chinese Buffet,
Inc., and Frank Zheng