# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVNAIA

| | |
|---|---|
| LUISITO BARBA and JOEL BARBA, | : |
| *Plaintiffs*, | : Case No.: 2:20-cv-01557-MRH |
| v. | : |
| A NEW CENTURY CHINESE BUFFET, INC., FRANK ZHENG, BI QUAN YOU, A NEW CENTURY CHINESE RESTAURANT, INC., XIU LAN XIAO, jointly and severally, | : |
| *Defendants*. | |

## PROPOSED ORDER OF COURT

**AND NOW TO WIT,** this  22nd  day of   February  , 2021, upon due and careful consideration of the Plaintiffs, Lusito Barba and Joel Barba's Praecipe to Reissue Summons, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the same be and is hereby **GRANTED** and Plaintiffs' Summons as to Defendant Bi Quan You is reissued.

**BY THE COURT:**

 s/ Mark R. Hornak
**Honorable Chief Judge Mark R. Hornak**